### E. E. DAVIS v. STATE.

No. A-2071. Opinion Filed June 16, 1914.

Appeal from County Court, Kingfisher County.

R. F. Shutler, Judge.

E. E. Davis was convicted of a violation of the prohibitory law, and appeals. Affirmed.

D. K. Cunningham, for plaintiff in error.

Chas. West, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted on an information which charged the unlawful possession of seventy quart bottles of beer, with the intent to sell the same, and on the 15th day of April, 1913, was sentenced in accordance with the verdict of the jury to be confined in the county jail for thirty days and to pay a fine of fifty dollars. Upon a careful examination of the record, we find no error sufficient to justify a reversal of the judgment. The judgment of conviction is therefore affirmed.